IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AMOS HODGE,

    Petitioner,

v.                                    CASE NO. 4:05-cv-00458-MP-AK

MICHAEL CHERTOFF,
ALBERTO GONZALES,
DAVID HARVEY,
JEROD MILLER,
MICHAEL ROZOS,

    Respondents.

_____/

**O R D E R**

This matter is before the Court on Doc. 20, Joint Motion to Dismiss, filed by petitioner and respondents. In the motion, the parties indicate that Mr. Hodge has been released and therefore his 28 U.S.C. § 2241 petition is moot. Thus, both sides agree to dismiss this case with prejudice. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The joint motion to dismiss, doc. 20, is granted. The petition under 28 U.S.C. § 2241 is dismissed, and the Clerk is directed to close this file.

**DONE AND ORDERED** this  *3rd*  day of April, 2006

                              *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge